UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIE RYAN OVERSTREET,<br><br>            Plaintiff,<br><br>    v.<br><br>M. WHITE, et al.,<br><br>            Defendants. | No.  2:20-cv-0633 AC P<br><br><br>ORDER |

   Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion seeking the last known address for defendant White.  ECF No. 33.

   By order filed December 8, 2021, plaintiff was ordered to provide additional information for the service of defendant White who was unable to be identified based on the information previously provided.  ECF No. 30.  He was advised that if access to the required information was denied or unreasonably delayed, he could seek judicial intervention.  Id.  However, while plaintiff is requesting the court order the prison to release defendant White's last known address, he has not alleged or shown that he has been denied access to this information.  ECF No. 33.  The motion will therefore be denied without prejudice to another request that demonstrates that plaintiff has been denied the information he seeks.

////

////

1

1 | Accordingly, IT IS HEREBY ORDERED that plaintiff's motion for discovery, ECF No.
2 | 33, is DENIED without prejudice.
3 | DATED: January 10, 2022

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2