UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIE RYAN OVERSTREET, | No. 2:20-cv-0633 AC P |
| Plaintiff, | |
| v. | ORDER |
| M. WHITE, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983, has filed a motion for clarification of the March 3, 2022 order granting his motion for an extension of time. ECF No. 46. To the extent plaintiff is seeking legal advice or guidance, the motion is denied as the court cannot provide plaintiff with legal advice. Plaintiff is advised that any requests for discovery he would like to obtain from defendants should continue to be sent to counsel and should not be submitted to the court unless they are being used in support of a motion or opposition to a motion. With respect to plaintiff's request regarding motions to compel, he is directed to Federal Rule of Civil Procedure 37. Plaintiff is advised that the court does not have the resources to regularly respond to requests related to procedure and any further, similar requests will likely be disregarded. The court is aware of plaintiff's status as a pro se prisoner and will consider it as appropriate when reviewing plaintiff's filings.

////

1

Accordingly, IT IS HEREBY ORDERED that plaintiff's request for clarification (ECF No. 46) is GRANTED to the extent clarification has been provided above and is otherwise DENIED.

DATED: March 21, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE