IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMIE RYAN OVERSTREET,** | Case No. 2:20-cv- 0633 AC P |
| Plaintiff, | [PROPOSED] ORDER |
| v. | |
| **M. WHITE, et al.**, | |
| Defendants. | |

    Good cause having been shown, the Court GRANTS Defendant's Request to Take Plaintiff's Deposition by Videoconference (ECF No. 48). Defendant is permitted to conduct the deposition of Plaintiff Jeremie Ryan Overstreet (T88986) by videoconference.

    IT IS SO ORDERED.

DATED: April 12, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE