IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEREMIE RYAN OVERSTREET,**<br><br>                                Plaintiff,<br><br>     v.<br><br>**M. WHITE, et al.,**<br><br>                                Defendants. | Case No. 2:20-cv-0633 AC P<br><br>~~[PROPOSED]~~ ORDER |

Good cause appearing, Defendant's *Ex Parte* Application for Extension of Time to Respond to Plaintiff's First Set of Interrogatories is **GRANTED**. Defendant shall have an additional 14 days, up to and including May 2, 2022, to serve his responses to Plaintiff's First Set of Interrogatories to Plaintiff.

DATED: April 13, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE