UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMIE RYAN OVERSTREET, | No. 2:20-cv-0633 AC P |
| Plaintiff, | |
| v. | ORDER |
| M. WHITE, et al., | |
| Defendants. | |

On December 6, 2021, the parties participated in a settlement conference as part of the Post-Screening ADR Project but were unable to settle the case. ECF No. 29. At the request of the parties, a further settlement conference shall now be set before Magistrate Judge Kendall J. Newman. A separate order and writ of habeas corpus ad testificandum for plaintiff's appearance will issue concurrently with this order.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The matter is set for Settlement Conference on June 30, 2022, at 9:00 a.m. in Courtroom 25 (KJN) before Chief Magistrate Judge Kendall J. Newman. The conference is to be conducted by video.

2. Counsel for the defendant is directed to confirm with the court via awaldrop@caed.uscourts.gov, one week prior to the scheduled settlement conference and report

////

1

on the institution's ability, in light of any COVID-19 restrictions, if the settlement conference can go forward by video.

    3.   The parties are instructed to have a principal with full settlement authority present for the settlement conference or to be fully authorized to settle the matter on any terms. The individual with full settlement authority to settle must also have unfettered discretion and authority to change the settlement position of the party, if appropriate. The purpose behind requiring attendance of a person with full settlement authority is that the parties view of the case may be altered during the face-to-face conference. An authorization to settle for a limited dollar amount or sum certain can be found not to comply with the requirement of full authority to settle.

    4.   The parties are directed to exchange non-confidential settlement conference statements seven days prior to this settlement conference. These statements shall be simultaneously mailed to the court (Attn: Magistrate Judge Kendall J. Newman, United States District Court, 501 I Street, Suite 4-200, Sacramento, CA 95814) or delivered to the Court using the following email address: kjnorders@caed.uscourts.gov. Any party mailing their settlement conference statement shall clearly mark the envelope "SETTLEMENT CONFERENCE STATEMENT" and mail it so that it is received by the court at least seven days before the settlement conference. These statements should not be filed on the case docket. If a party desires to share additional confidential information with the Court, they may do so pursuant to the provisions of Local Rule 270(d) and (e).

DATED: June 6, 2022

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE